# FILED

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Oklahoma

MAY 2 3 2025

**Heidi D. Campbell, Clerk**
**U.S. DISTRICT COURT**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 25-mj-438-MTS |
| | ) | |
| | ) | |
| Austin Nation | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 13th, 2025 to May 21st , 2025___ in the county of ___Tulsa___ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B)(viii) | Attempted Possession of Methamphetamine with Intent to Distribute |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_Patrick Pryce_
_Complainant's signature_

Patrick Pryce, Task Force Officer DEA
_Printed name and title_

Sworn to before me by phone.

Date: __5-23-2025__

_Judge's signature_

City and state: ___Tulsa, OK___

Mark T. Steele, United States Magistrate Judge
_Printed name and title_

**Affidavit In Support of an Arrest Warrant
in the Northern District of Oklahoma**

I, Patrick S. Pryce, being first duly sworn, hereby depose and state:

**Introduction**

1. I am a police officer with the Tulsa Police Department (TPD) and have been so employed for over twenty (20) years. I am presently assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer (TFO). I am an "investigative or law enforcement officer" of the United States within the meaning of Title 21, United States Code, Section 878(a).

2. During my time as a Narcotics and Gangs Detective with TPD Special Investigations Division (SID), and as a TFO with DEA, I have participated in wire and physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefings of informants and reviews of taped conversations and drug records. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payment for such drugs. I have participated in numerous complex conspiracy cases prosecuted within the federal justice system. I have trained other Narcotics, Gang and Crime Gun Unit Detectives with the Tulsa Police Department Special Investigations Division and I have taught a CLEET certified class to the Tulsa Police Department on the National Integrated Ballistic Information Network (NIBIN). I have completed formal training

in narcotics investigations from the Tulsa Police Academy and the DEA, and have received informal training received from more experienced investigators.

3. I have participated in hundreds of drug-related criminal investigations. I have authored both federal and state search warrants, participated in Title III investigations and participated in controlled purchases of controlled dangerous substances. I have gained a considerable amount of knowledge about drug trafficking organizations and their members through my training and experience. I have interviewed hundreds of defendants involved in the use, manufacture, transportation, and illegal sale of controlled dangerous substances. During the course of these interviews, I have inquired and learned how individuals involved in drug distribution schemes and networks use and disperse the illegal proceeds generated from the illegal sale of controlled dangerous substances, including but not limited to chemicals commonly utilized in the illegal manufacture of methamphetamine. During the course of my training and interviews with various defendants, I have learned how individuals involved in drug distribution schemes maintain records and conspire to deceive law enforcement as well as rival distributors of controlled dangerous substances. I also know that drug traffickers and others involved in criminal activity often use coded language to communicate about their illegal activities. Based on my training and experience, I know coded language is used by drug dealers to attempt to hide the true nature of the conversations.

4. The information contained in this Affidavit in support of an arrest warrant for **Austin Nation,** based on the ongoing joint investigation of the DEA and

2

the United States Postal Service (USPS). The facts in this affidavit come from my personal observations, my training and experience, reports and information from agents and other law enforcement officers, and information obtained throughout the course of this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B)(viii) – Attempted Possession of Methamphetamine with Intent to Distribute – have been committed by the above-named individual.

### Probable Cause

4. The Drug Enforcement Administration (DEA) Tulsa Residential Office (TRO) and the United States Postal Service – Office of Inspector General (USPS-OIG) are currently conducting a joint investigation within the Northern District of Oklahoma targeting an individual named **Austin Nation**.

5. During the course of this investigation, Investigators identified an individual named **Austin Nation**, who was believed to be involved in the distribution of controlled dangerous substances (CDS). Investigators also believe that **Austin Nation** was receiving shipments of illegal narcotics in the mail that were being delivered to his residence by USPS. Investigators identified a residence owned by **Austin Nation**, which is located at 20442 Meadow Street, Kellyville, Oklahoma

where Austin Nation resides, and a residence owned by Austin Nation's mother Valerie Nation, which is located at 1206 East 146th Street, Glenpool, Oklahoma.

6. Investigators discovered that numerous parcels were being shipped to **Austin Nation** at both residences, with the most recent parcels being shipped to the address located at 20442 Meadow Street, Kellyville, Oklahoma. Between the dates of February 25, 2025 and April 24, 2025, sixteen different parcels were sent to **Austin Nation** at 20442 Meadow Street, Kellyville, Oklahoma. These parcels were being sent via USPS from different cities in California, Mississippi and Ohio and the shipping for the packages was being paid for with cryptocurrency. Investigators suspected that these parcels contained controlled dangerous substances (CDS), so a "mail watch" was issued for the address, allowing investigators to examine future parcels being shipped to 20442 Meadow Street, Kellyville, Oklahoma.

7. On May 13, 2025, USPS-OIG Special Agent (SA) Micah Maulden discovered that a parcel was being sent to **Austin Nation** at 20442 Meadow Street, Kellyville, Oklahoma. This parcel was being sent from Brea, California and shipping was paid for with cryptocurrency. On May 16, 2025, USPS SA Maulden located the suspicious parcel at the Kellyville, Oklahoma Post Office, located at 218 East Buffalo Street, Kellyville, Oklahoma, located within the Northern District of Oklahoma. USPS SA Maulden examined the parcel and discovered that the return address was listed as 3230 East Imperial Highway, # 125, Brea, California with a listed addressee as "Gustavo Hooper". USPS SA Maulden conducted a computer database address

4

verification on the return address and determined that it was a valid return address according to USPS records. USPS Maulden utilized a law enforcement database and according to those records, it was determined that "Gustavo Hooper" was not associated with the return address. Due to the nature of the investigation and the factors listed above, USPS SA Maulden took the parcel (hereafter referred to as "Subject Parcel") into custody pending further investigation.

8. On May 16, 2025, USPS-OIG Special Agent Micah Maulden and Postal Inspector Tracy Jones contacted Tulsa County Sherriff's Office Deputy Freddie Alaniz and his narcotics K-9 "Caine." SA Maulden placed 4 boxes and the Subject Parcel on the floor of the U.S. Post Office located at, 333 West 4th Street, Tulsa, OK 74101. Deputy Alaniz ran Caine over the boxes and advised your affiant that Caine alerted on the Subject Parcel. Deputy Alaniz advised that Caine is certified through the State of Oklahoma in the detection of narcotics odors, including marijuana, cocaine, heroin, and methamphetamine. Deputy Alaniz stated he has been certified K9 handler since November 2024. Deputy Alaniz advised that based on Caine's alert, he believes that the Subject Parcel contains illegal drugs, in violation of federal law.

9. On May 19, 2025, USPS SA Maulden applied for and obtained a Federal Search Warrant for the subject parcel. This search warrant was from the United States District Court for the Northern District of Oklahoma and was approved by the Honorable United States Magistrate Judge Mark T. Steele.

5

10. On May 19, 2025, Investigators served the search warrant for the subject parcel. The search was conducted by USPS SA Maulden and witnessed by DEA Task Force Officer Anthony Finnegan and I. This warrant service took place at the U.S. Post Office located at 333 West 4th Street, Tulsa, Oklahoma. The search of the subject parcel revealed a vacuum sealed storage bag containing approximately 449.5 grams of numerous orange pills marked "b 974" on one side and "30" on the other side. DEA Investigators recognized these pills as counterfeit Adderall pills. SA Maulden conducted a field test on the pills and received a presumptive positive result for methamphetamine. The parcel and suspected methamphetamine pills were seized by DEA and the pills were submitted to the DEA lab for further analysis.

11. On May 20, 2025, Investigators applied for and obtained a Federal Search and Seizure Warrant for 20442 Meadow Street, Kellyville, Oklahoma. This search warrant was issued from the United States District Court for the Northern District of Oklahoma and was approved by the Honorable United States Magistrate Judge Mark T. Steele. This warrant was an anticipatory search warrant and to be served ONLY if a triggering event occurred. This triggering event was the suspected methamphetamine recovered from the subject parcel being replaced with a substance similar in weight and appearance, an Undercover Agent/Officer/Postal Inspector posing as USPS delivery personnel delivering the USPS parcel containing imitation methamphetamine to 20442 Meadow Street, Kellyville, Oklahoma and the USPS parcel containing imitation methamphetamine being accepted by someone at the residence.

12. On May 21, 2025, DEA Investigators replaced the suspected methamphetamine pills with imitation pills of similar appearance and weight. The imitation methamphetamine pills were placed inside the original USPS parcel and it was sealed.

13. On May 21, 2025, Investigators with the DEA, USPS and Oklahoma Highway Patrol (OHP) conducted the delivery of the parcel and the service of the warrant pending the triggering event occurring. DEA Investigators began conducting surveillance of 20442 Meadow Street, Kellyville, Oklahoma (this residence is located within the Northern District of Oklahoma) at approximately 9:45am. Investigators observed a white vehicle parked in the garage of the residence and a white male matching the appearance of **Austin Nation** inside the garage. Investigators believed this person to be **Austin Nation**. Investigators observed the person believed to be **Austin Nation** enter the residence at 20442 Meadow Street and the garage door of the residence shut. USPS-OIG SA Maulden and USPS Postal Inspector delivered the parcel containing imitation methamphetamine to 20442 Meadow Street, Kellyville, Oklahoma. This parcel was placed on the front porch of the residence, near the front door.

14. Shortly after the parcel was delivered, Investigators observed the person believed to be **Austin Nation** open the front door, exit the residence, look around in both directions down the street from his residence, retrieve the parcel and then return

inside the residence.  Based on triggering event having taken place, the residential search warrant was served.

15.  **Austin Nation** was located inside the residence and was the only occupant.  He was positively identified as the individual who accepted the parcel containing imitation methamphetamine.  He was detained pending service of the warrant.  During service of the search warrant, Investigators located:

- Two plastic bags containing approximately 103.9 grams of white powder (suspected cocaine) which field tested presumptive positive for cocaine were located in the kitchen pantry.

- One plastic bag containing approximately 58.9 grams of a crystalline substance (suspected MDMA) which field tested presumptive positive for MDMA was located in the kitchen pantry.

- One plastic bag containing numerous (approximately 55.8 grams) white pills marked "GG 249" (suspected counterfeit Xanax, lab analysis pending) was located in the kitchen pantry.

- One plastic bag containing numerous (approximately 77.1 grams) white pills marked "10" on one side and "R/P" on the other side (suspected counterfeit oxycodone/hydrocodone, lab analysis pending) was located in the kitchen pantry.

- One small plastic bag containing numerous (approximately 57.3 grams) white pills marked "M367" (suspected counterfeit

hydrocodone, lab analysis pending) was located in the kitchen pantry.

- One clear plastic bag approximately 51.3 grams of suspected psilocybin mushrooms (lab analysis pending) was located in the kitchen pantry.

- One small plastic bag containing numerous (approximately 44.1 grams) white pills marked "M523" on one side and "10/325" on the other side (suspected counterfeit Percocet, lab analysis pending) was located in the white Hyundai bearing Oklahoma Tag AZJ019 in the garage.

- Three clear plastic bags containing approximately 33.5 grams of a white powdery substance (suspected cocaine, lab analysis pending) was located in the white Hyundai bearing Oklahoma Tag AZJ019 in the garage.

- Three clear plastic bags containing approximately 32.9 grams of suspected psilocybin mushrooms (lab analysis pending) was located in the white Hyundai bearing Oklahoma Tag AZJ019 in the garage.

- Six clear plastic bags containing approximately 36.5 grams of a crystal substance (suspected MDMA) was located in the white Hyundai bearing Oklahoma Tag AZJ019 in the garage.

- One Taurus brand 9mm semi-automatic handgun, magazine loaded with 9mm ammunition was located inside a dresser drawer in the master bedroom.

- One Smith and Wesson brand semi-automatic handgun, magazine loaded with .40 caliber ammunition was located inside a dresser drawer in the master bedroom

- $2,500.00 cash was located in a Versace sunglass box on the bed of the master bedroom.

- $1,125.00 cash was located in the white Hyundai bearing Oklahoma Tag AZJ019 in the garage.

- Items commonly used to distribute controlled dangerous substances including digital scales and clear plastic baggies were located inside the residence.

- Mail addressed to Austin Nation at 20442 Meadow Street, Kellyville, Oklahoma was located inside the residence.

- Two Apple brand cellular telephones were located inside the residence.

- One Apple brand cellular telephone was located in the white Hyundai bearing Oklahoma Tag AZJ019 in the garage.

16. Austin Nation was advised on his Miranda Rights, stated that he understood those rights and agreed to speak with investigators. He stated that he

lived at 20442 Meadow Street, Kellyville, Oklahoma, but denied knowledge of anything illegal inside the residence.

17. Austin Nation is a convicted felon. His felony prior convictions include:

- Tulsa County case CF-2016-03427, Aggravated Assault and Battery on Police Officer among several other charges, including Unlawful Possession of a Controlled Drug with Intent to Distribute – Amphetamine, Maintain Place for Keeping or Selling a Controlled Substance, Acquire Proceeds from Drug Activity, and Possession of a Firearm While in the Commission of a Felony.

18. Based on the foregoing, I submit that probable cause exists to believe **Austin Nation** committed violations of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B)(viii) – Attempted Possession of Methamphetamine with Intent to Distribute, and respectfully request an arrest warrant be issued.

*Patrick Pryce*
_____
Patrick S. Pryce, TFO
Drug Enforcement Administration

Sworn and subscribed to before me this ___23___ day of May, 2025.

_____
Mark T. Steele
United States Magistrate Judge