

FILED

JUN 1 7 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25 CR - 2 1 3 JFH |
| Plaintiff, | INDICTMENT |
| v. | [COUNT ONE: 21 U.S.C. §§ 843(b) and 843(d)(1) – Use of a Communication Facility in Committing, Causing, and Facilitating the Commission of a Drug Trafficking Felony; |
| AUSTIN DEWAYNE NATION, | COUNT TWO: 21 U.S.C. §§ 846 and 841(b)(1)(B)(viii) – Attempted Possession of Methamphetamine with Intent to Distribute; |
| Defendant. | COUNT THREE: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of Firearms; |
| | COUNT FOUR: 18 U.S.C. § 924(c)(1)(A)(i) – Possession of Firearms in Furtherance of a Drug Trafficking Crime; |
| | Forfeiture Allegation: 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Drug and Firearms Forfeiture] |

## THE GRAND JURY CHARGES:

### COUNT ONE
### [21 U.S.C. §§ 843(b) and 843(d)(1)]

From on or about May 13, 2025, to on or about May 21, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **AUSTIN DEWAYNE NATION**, knowingly and intentionally used the mail, a communication facility, in committing, causing, and facilitating the commission of an act constituting a felony under Title 21, United States Code, Sections 841 and 846, in that **NATION**

attempted to possess with intent to distribute methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT TWO
### [21 U.S.C. §§ 846 and 841(b)(1)(B)(viii)]

From on or about May 13, 2025, to on or about May 21, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **AUSTIN DEWAYNE NATION**, knowingly and intentionally attempted to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii).

## COUNT THREE
### [18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about May 21, 2025, in the Northern District of Oklahoma, the defendant,

**AUSTIN DEWAYNE NATION**, knowing he had previously been convicted of at

least one of the following crimes punishable by imprisonment for terms exceeding

one year:

1. Aggravated Assault and Battery Upon a Police Officer, Case No. CF-2016-3427 (Count One), in the District Court of Tulsa County, State of Oklahoma, on June 27, 2016;

2. Unlawful Possession of Controlled Drug with Intent to Distribute, Case No. CF-2016-3427 (Count Two), in the District Court of Tulsa County, State of Oklahoma, on June 27, 2016;

3. Unlawful Possession of Controlled Drug with Intent to Distribute – Methamphetamine, Case No. CF-2016-3427 (Count Three), in the District Court of Tulsa County, State of Oklahoma, on June 27, 2016;

4. Unlawful Possession of Controlled Drug with Intent to Distribute – Amphetamine, Case No. CF-2016-3427 (Count Four), in the District Court of Tulsa County, State of Oklahoma, on June 27, 2016;

5. Maintain Place for Keeping/Selling Controlled Drugs, Case No. CF-2016-3427 (Count Five), in the District Court of Tulsa County, State of Oklahoma, on June 27, 2016;

6. Possession of a Firearm While in the Commission of a Felony, Case No. CF-2016-3427 (Count Six), in the District Court of Tulsa County, State of Oklahoma, on June 27, 2016;

7. Possession of a Firearm While on Felony Probation, Case No. CF-2016-3427 (Count Seven), in the District Court of Tulsa County, State of Oklahoma, on June 27, 2016;

8. Knowingly Receiving/Concealing Stolen Property, Case No. CF-2016-3427 (Count Eight), in the District Court of Tulsa County, State of Oklahoma, on June 27, 2016; and

4

9. Acquire Proceeds from Drug Activity, Case No. CF-2016-3427 (Count Nine), in the District Court of Tulsa County, State of Oklahoma, on June 27, 2016,

knowingly possessed in and affecting interstate and foreign commerce the following

firearms:

1. A Taurus, Model G3, 9mm caliber semi-automatic pistol, serial number ADJ657104; and

2. A Smith and Wesson, Model M&P Shield, .40 caliber semi-automatic pistol, serial number HRY0967.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR
### [18 U.S.C. § 924(c)(1)(A)(i)]

On or about May 21, 2025, in the Northern District of Oklahoma, the defendant, **AUSTIN DEWAYNE NATION**, knowingly possessed firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Attempted Possession of Methamphetamine with Intent to Distribute, as set forth more fully in Count Two of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

<h1 style="text-align: center;">FORFEITURE ALLEGATION</h1>
<strong>[18 U.S.C. § 924(d)(1), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c)]</strong>

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **AUSTIN DEWAYNE NATION**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations, any firearm and ammunition involved in or used in the knowing commission of such offenses, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law. The property to be forfeited includes, but is not limited to:

**FIREARMS**

1. A Taurus brand G3 9mm semi-automatic pistol, serial number ADJ657104;

2. A Smith & Wesson M&P Shield .40 caliber semi-automatic pistol, serial number HRY0967; and

**CURRENCY**

3. $3,625.00 in United States currency; and

**REAL PROPERTY**

4. All that lot and parcel of land, together with all buildings, appurtenances, improvements, fixtures, attachments and easements thereon, and all rights appertaining thereto, located at 20442 Meadow Street, Kellyville, Oklahoma.

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United

States Code, Section 853, and Title 28, United States Code, Section 2461(c).


CLINTON J. JOHNSON
United States Attorney

A TRUE BILL


TYSON J. MCCOY
Assistant United States Attorney

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson